**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 8:21-cr-75-MSS-TGW**

**MIGUEL DAJOME-REINA**
_____/

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant Miguel Dajome-Reina, through counsel Sylvia Irvin, files this sentencing memorandum in advance of the hearing scheduled on September 21, 2021.

**Miguel envisioned a better life for himself and his family.**

Miguel Dajome-Reina is a 44-year-old fisherman who has fished with his dad on the banks of the Pacific Coast of Choco, Colombia, since he was a boy. His father Flabio, now 75 years old, raised his son after Miguel's mother left the family. Their family is impoverished as are many of the families who live along the coastal communities of Choco—the poorest region in Colombia.[1] This region is so poor that many children do not attend school because the community cannot afford to keep permanent teachers or provide books and

---

[1] "Choco, home to large Black and Indigenous communities, is currently the poorest department in Columbia. Some 65.9 percent of Choco's population now live below the poverty line, according to Colombia Reports." *See Choco, Colombia's Poorest region, Calls for Civil Strike*, TELESUR May 9, 2017 https://www.telesurenglish.net/news/Choco-Colombias-Poorest-Region-Calls-for-Civil-Strike-20170509-0021.html (visited 9/7/2021).

supplies. Such was the situation for Miguel, who left school in the third grade, and at 9 years old started fishing with his dad. The fish they caught fed their family, and if it was a good day, the additional catch could be sold at the market. They fished near the *orillas*, or the coastal banks, because their boat was small and fit for only shallow water fishing. As he grew older, Miguel learned to repair his father's boat as they depended on it for their livelihood.

When Miguel was 22, he left home to serve his mandatory time in the Colombian military.[2] His military identification card shows that he was classified as a *fusilero*, or rifleman, and that his profession was an *agricultor*, or farmer:



---

[2] Colombian men must serve in the military after age 18 and the length of service depends on education and economic status: "18-24 months for regular soldiers, 12 months for soldiers who have completed secondary studies, and 12-18 months for [] 'peasant soldiers' (soldado campesino) who perform their service in the geographic region in which they live." *Columbia: Military Service*, IMMIGRATION AND REFUGEE BOARD OF CANADA Aug. 4, 2013 https://www.refworld.org/docid/52a72d584.html (visited 9/7/2021).

He hoped to learn to read and to earn a military pay so he could better provide for his family. But when he reported for duty, he was harassed for being a peasant, and the training he received was limited to being a guard. Any money he made, he sent to his father and saved what he could for future military training. When his 18 months' service was completed, Miguel—who was still illiterate—did not have the money to pay for the additional training, so he was sent home to Choco:[3]



Back home, Miguel settled into a fisherman's life. He married, raised children, and much like it was for his father, fishing barely sustained them. Miguel's family of five lives in a hut that has no running water or electricity.

---

[3] This photo is of a typical Choco fishing village. *See Fisheries Management in the Pacific Lowlands of Columbia*, DPH Oct. 2011, at http://base.d-p-h.info/fr/fiches/dph/fiche-dph-8958.html (visited 9/7/2021).

In this photo taken in late July 2021, his sons and wife Katerine stand beside

their hut:



Certain parts of the year are particularly challenging for Choco

fisherman because the Colombian government imposes environmental

restrictions to allow fish to repopulate. To fisherman, such regulations just

mean they will have trouble feeding their families until the restrictions are

lifted.[4]  For the Dajome-Reina family, the lifting of those restrictions in early

---

[4] These regulations compete with economic goals to develop this coast for tourism and to support fisheries over the needs of "artisanal" fishermen like Mr. Dajome-Reina. *See Fisheries Management*; *see also Winners and Losers in Area-Based Management of a Small-Scale Fishery in the Colombian Pacific,* FRONTIERS IN MARINE SCIENCE Feb. 6, 2018, https://www.frontiersin.org/articles/10.3389/fmars.2018.00023/full; and *Managing Small-scale Fisheries in Colombia,* MARITIME STUDIES June 2016,

2021 brought no relief because someone had just stolen father Flabio's boat motor. Now Miguel faced two households struggling: his own and his father's.

**Mr. Dajome-Reina's fateful decision in hopes to save his family.**

Some days later, when a man approached Miguel asking for help with his boat and said he would pay, Miguel did not refuse. The man said he would pay Miguel upfront $10 million Colombian pesos, or approximately $2587 U.S. The man also promised an additional $30 million Colombian pesos, or approximately $7761 U.S., at the end of the trip. The money would pay off Miguel's father's debt, the family's bills, put food on the table, and maybe even allow him to send his sons to school.

Miguel grabbed the small satchel he always had packed for fishing trips and met the man as instructed the next day. He kissed Katerine goodbye and gave her the money the man gave him, telling her which bills to pay and when. On that early February 2021 morning, Miguel left his small town in Choco in a stranger's boat and in darkness. By choice or by circumstance, he didn't have the chance to see his father before he left.

Two hours later and still in the dark, the man and Miguel stopped at a second boat. The man told him to board the second boat and to wait. When

---

https://www.researchgate.net/publication/302061267_Managing_small-scale_fisheries_in_Colombia (visited 9/7/2021).

three other men arrived, Miguel was given instructions by the man: stay in the back of the boat, make sure the motors have gas, and let the others know if you see *la ley* (the law). It was here, on this second boat when Miguel saw the wrapped bales stacked under the bow that he fully understood that this trip was a *viaje de coca*—a drug trip.

As he embarked on the trip with the other three men onboard, he could not have imagined what happened next. Except for the 18 months of his military service, Miguel had lived in his small town in Choco for his adult life. He had never sailed in open waters nor had he been in a boat other than for fishing.

For the next two days, Miguel stayed as instructed at the back of the boat. He made sure there was gas in the motor and otherwise had no other job but to fuel the boat and be a lookout. He did not pilot the boat. He watched the other men drive the boat, use the GPS and the radios, and move about the front of the boat. They didn't talk to him, and he only happened to overhear them say that the boat was headed to Mexico.

Late on the second day of the trip, February 15, 2021, Miguel saw the helicopter and yelled to the other men. They stopped the boat and surrendered without incident.

**In trying to save his family, he has suffered away from them.**

Since his arrest and initial appearance in March, Mr. Dajome-Reina has been held in the Pinellas County Jail. It has been a huge culture shock. For the first two weeks, he was quarantined because he had been exposed to someone who tested positive for Covid-19. That greatly limited his ability to meet and speak with his attorney by phone or videoconference and dependable videoconferencing continues to be a challenge.

Mr. Dajome-Reina has never lived in air conditioning, so he struggles with the constant cold in the jail. He is diabetic, and at home in Choco, he was able to maintain his blood sugar with a careful diet and the physical work of fishing. In the jail, he struggles to regulate his blood sugar with the high carbohydrate diet and the irregular time that his medication, Metformin, is administered. He also has experienced constant and concerning numbing pain in his left arm and chest. Although he has asked for help from the jail medical staff, the person who sees him often doesn't speak Spanish. When he did have someone who speaks Spanish, she told him that they couldn't help him at the jail. He was been given pain relievers, but they have not alleviated the continuing pain in his left arm and chest.

This is not the life Mr. Dajome-Reina envisioned for himself and his

family. At home, he was with his wife, sons, father and stepmother, every day. Now, he just hopes that his call goes through, so he can have a 5-minute phone call once a week with his wife Katerine. Because of the limited time, he is not always able to speak to his sons or his father. He worries for his family's stability and safety.

**Mr. Dajome-Reina's efforts to make amends.**

Miguel Dajome-Reina entered a plea of guilty to conspiracy to possess with intent to distribute more than 5 kilos of cocaine while on board of a vessel in international waters. By doing so, he accepted responsibility for his actions and made every effort to do so early though he was constrained by the time he was in quarantine. He knows that this Court will sentence him to a term of years and while he is serving his sentence, he wants to be able to work, to learn a trade, and most importantly, to learn to read. After serving his sentence, he knows he will be deported to Colombia. His greatest desire is to get home to his family.

**Conclusion**

After consideration of the additional legal arguments his counsel will make at the sentencing hearing, Mr. Dajome-Reina asks this Court to consider this sentencing memorandum and all the factors in 18 U.S.C. § 3553(a) and impose a sentence sufficient, but not greater than necessary sentence in his case.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

By:    _/s/ Sylvia Irvin_____
Sylvia Irvin, Esq.
Bar No. 15379
Assistant Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
(813) 228-2715
Sylvia_Irvin@fd.org

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 7th day of September, 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to

**SAUSA Lauren Stoia**

By: _/s/ Sylvia Irvin_
Sylvia Irvin, Esq.
Assistant Federal Public Defender