**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**CASE NO.: 8:21-CR-75-MSS-TGW**

**v.**

**FRANCISCO  JOSE   VALVERDE-GOMEZ**
                    Defendant.

_____/

**SENTENCING   MEMORANDUM**

COMES  NOW, the Defendant ,Francisco Jose Valverde-Gomez, by and through undersigned counsel, and files this Sentencing Memorandum  in support of his objection to the calculation of his guidelines base offense level as presented in the Presentence  Report.\ the jurisdiction of the United States in violation of 46 U.S.C. sec. 70503(a),70506(a)and(b); and 21 U.S.C . sec. 960(b)(1)(B).

Francisco Jose Valverde-Gomez is a 40 year old  male who was born in Salinas, Equador. He has four children and at the time of his arrest was residing with his wife, their minor daughter, their adult son (19) and his girl friend. He also has two minor children with another woman who lives in Salines. Those  children  live with the their mother, and he has a good relationship with them.

He quit school and began his life as a fisherman at the early age of 10 in order to help feed his mother, and himself. The two of them had been abandoned by his father..He is not able to read or write very well. There is no need to read or write while on the seas trying to catch fish. If he was lucky and had a good day he would bring in enough fish for food and some to sell in the

local market. Life has not been easy for Francisco Valverde-Gomez . In fact life has been very, very hard. His annual earnings would be less than two thousand dollars. It is this level of poverty that allows the drug smugglers to pry among people like Mr. Valverde-Gomez and get them to do the dangerous and dirty work for them.

His role in this conspiracy was to drive this boat to a pre-determined GPS co-ordinate,   to deliver the cocaine aboard the boat to someone unknown to him..  He was to be paid a portion of money before leaving and the balance upon his return, if he made it...

The United States Probation Office has calculated his base offense level to be 38 based on 1360  kilograms of cocaine,   pursuant to USSG 2D1.1(c)(1) of the Drug Quantity Table. .

He was not an organizer, certainly not a financier.  The boat was loaded by others,  he was truly at the bottom of the totem pole as a expendable mariner.. The cocaine was locked in the hole of this vessel and in fact the Defendant had never seen the cocaine .  The Defendant's compensation was minimal in relation to the  value of the drugs involved.  .

The Defendant 's  criminal history category  of  I

The 11th Circuit has established a two part process for District Courts  to determine  an appropriate  sentence  following United States v. Booker. 543 US 220 (2005).

First, the Court must consult and correctly determine the sentencing range as prescribed by the Sentencing Guidelines.  Then the Court must impose a reasonable sentence in light of the factors enumerated in 18 U.S.C.  3553(a):

> 1) the need to reflect the seriousness of the offense to promote respect for the law and to provide just punishment.
> 2) The need for deterrence.
> 3) The need to protect the public.
> 4) The need to provide the most effective correctional treatment or medical care.
> 5) The nature and circumstances of the offense.

6) The history and characteristics of the defendant.
7) The sentencing guideline range.
8) The need to avoid unwanted sentencing disparities.

In arriving at an appropriate sentence for the criminal activity involved and this particular defendant the Court must review the defendant's background, which includes his educational level as well as his cultural setting, his entire life has been one of a life in a third world country.

The cost of incarceration should also be taken into consideration in arriving at a reasonable fair and just sentence in this case.

The fact that the Defendant will be deported after serving his sentence is also a factor to be weighted.

It is the Defendant's position that a sentence of 75 months would be a reasonable sentence under the circumstances of this case. Such a sentence would satisfy all of section 3553(a)'s factors and would be appropriate under the circumstances .

Respectfully Submitted,

/s/ Angelo M. Ferlita
ANGELO M. FERLITA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th____ day of October, 2021, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.

/s/ Angelo M. Ferlita
**ANGELO M. FERLITA, ESQUIRE**
ANGELO M. FERLITA, P.A.
P.O.Box 16481
Tampa, Florida 33687-6481
(813) 254-7047
Florida Bar No.: 173286